# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 13-cv-569-JRT-JJG

| | |
|---|---|
| Kassidy Stockman,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Bureau of Collection Recovery, LLC,<br><br>　　　　Defendants. | **NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, by and through its undersigned counsel hereby dismisses her Complaint against Defendant Bureau of Collection Recovery, LLC, with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　WEIG LAW FIRM, LLC


Dated: June 17, 2012　　　　　　By:　s/Paul H Weig
　　　　　　　　　　　　　　　　　Paul H. Weig
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　Attorney I.D. No.:0288792
　　　　　　　　　　　　　　　　　3101 Irving Avenue South
　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55408
　　　　　　　　　　　　　　　　　Telephone: 612-501-4841